**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI

**DAVID CREWS**
CLERK

**301 West Commerce Street, Suite 308**
**Post Office Box 704**
**Aberdeen, MS  39730**
**Telephone:  (601) 369-4952**
**Facsimile:  (601) 369-9569**

911 Jackson Avenue, Suite 369
Post Office Box 727
Oxford, MS  38655
Telephone:  (601) 234-1971
Facsimile:  (601) 236-5210

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS  38701
Telephone:  (601) 335-1651
Facsimile:  (601) 332-4292

Frances Robertson, Tim Robertson

Civil Action No.:   2:07-CV-027-M-A

Merck & Co., Inc.

   TAKE NOTICE that the above styled and captioned cause has been assigned to Judge Michael P. Mills, whose address is 911 Jackson Avenue, Room 137, Oxford, MS 38655 and Magistrate Judge S. Allan Alexander, whose address is 911 Jackson Avenue, Room 242, Oxford MS 38655 in accordance with Uniform Local Rule 83.2.

   For further information as to filing procedures, please review our Local Rules and Administrative Procedures for Electronic Case Filing at www.-msnd.uscourts.gov or call the appropriate division of the Clerk's Office.

DAVID CREWS, CLERK

BY: s/Teresa A. Barr

Date: February 20, 2007

Pursuant to Uniform Local Rule 73.1, Form AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference-Exercise of Jurisdiction by a United States Magistrate Judge is available at www.msnd.uscourts.gov.