UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | | |
|---|---|---|
| FRANCES ROBERTSON and § | | |
| TIM ROBERTSON § | CASE NO. 2:07-cv-0027-M-A | |
| Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| MERCK & CO., INC. § | | |
| Defendant. § | | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that in relation to the above-captioned case, Paul F. Waldner, Esq. and Richard W. Ewing, Esq., of VICKERY WALDNER & MALLIA, LLP, provide this notice of their appearance as counsel of record for plaintiffs, Frances Robertson and Tim Robertson. Messrs. Waldner and Ewing will serve as co-counsel with Howard Gunn, Esq. who has previously made an appearance in the case. All papers relating to this action should be served upon Paul F. Waldner, Esq. and Richard W. Ewing, Esq., at the undersigned address.

Respectfully submitted,
VICKERY WALDNER & MALLIA, LLP

/s/Paul F. Waldner
Paul F. Waldner
Texas State Bar No. 20679800
Richard W. Ewing
Texas State Bar No. 06756000
One Riverway Drive, Suite 1150
Houston, TX  77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email:  andy@justiceseekers.com
Email:  rick@justiceseekers.com

-2-

OF COUNSEL:

Howard Gunn
P.O. Box 157
Aberdeen, Mississippi 39730
Telephone: (662) 369-8533
Email: whgunn@bellsouth.net
Attorney for Plaintiff

-2-