

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI

DAVID CREWS
CLERK

**March 16, 2007**

911 JACKSON AVENUE, SUITE 369
OXFORD, MS 38655
TELEPHONE: (662) 234-1971
FACSIMILE: (662) 236-5210
www.msnd.uscourts.gov

301 WEST COMMERCE STREET, SUITE 308
POST OFFICE BOX 704
ABERDEEN, MS 39730
TELEPHONE: (662) 369-4952
FACSIMILE: (662) 369-9569

305 MAIN STREET, SUITE 329
POST OFFICE BOX 190
GREENVILLE, MS 38701
TELEPHONE: (662) 335-1651
FACSIMILE: (662) 332-4292

Frances Robertson and
Tim Robertson
v.                                    Case No.  2:07cv27-M-A
Merck & Company, Inc.


**PLEASE TAKE NOTICE** that the following attorney(s) are not admitted to practice before this court:

> Paul F. Waldner
> Richard W. Ewing
> VICKERY & WALDNER, LLP
> One Riverway, Suite 1150
> Houston, TX 77056

Failure to be admitted as required in Uniform Local Rule 83.1 within 30 days of receipt of this notice may result in the disqualification of the named attorney(s) from representation in this action.

DAVID CREWS, CLERK

By:

s/Gina Phillips Kilgore

_____

Chief Deputy - Operations