AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern      District of      Mississippi

Frances Robertson and
Tim Robertson

**SUMMONS IN A CIVIL CASE**

V.

Merck & Co., Inc.

CASE NUMBER: 2:07-cv-027-M-A

TO: (Name and address of Defendant)

Merck & Co., Inc.
through their registered agent
CT Corporation System
111 Eighth Avenue
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Waldner
Vickery Waldner & Mallia, LLP
One Riverway Drive, Suite 1150
Houston, Texas 77056

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews
CLERK

(By) DEPUTY CLERK

DATE   3-19-2007