AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Mississippi

Frances Robertson and
Tim Robertson

v.

Merck & Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-027-M-A

TO: (Name and address of Defendant)

Merck & Co., Inc.
through their registered agent
CT Corporation System
111 Eighth Avenue
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Waldner
Vickery Waldner & Mallia, LLP
One Riverway Drive, Suite 1150
Houston, Texas 77056

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews
CLERK

(By) DEPUTY CLERK

DATE  3-19-2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 26, 2007 @ 3:20 PM |
| NAME OF SERVER (PRINT) Henry Moss | TITLE Licensed Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personal service on Sati Jairan, Process Specialist at CT Corporation System, 111 Eighth Avenue, New York, NY. CT Corp is the Registered Agent of Merck & Co., Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 28, 2007           *Henry Moss* (signature)
              Date                      Signature of Server

102 East 22nd Street, New York, Ny 10010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.