

FILED
APR 1 1 2007
DAVID CREWS, CLERK
By_____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | | |
|---|---|---|
| FRANCES ROBERTSON and<br>TIM ROBERTSON<br>　　　Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:07-cv-0027-M-A |

## MOTION TO APPEAR *PRO HAC VICE*

Comes now, Paul F. Waldner, III, pursuant to Local Rule 83.1(A)(2) of the United States District Court for the Northern District of Mississippi, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate *pro hac vice* (for this case only) on behalf of Plaintiffs, Frances Robertson and Tim Robertson, in support thereof states and certifies to the Court:

1.  That movant is an attorney licensed to practice law in the State of Texas.

2.  That movant is a member of good standing in the Bar as set forth above.

3.  That movant does not wish to be admitted generally, but for the purpose of this case only.

4.  That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

5.  That movant has read and is familiar with the Uniform Local Rules of the United States District Courts for the Northern District and the Southern District of Mississippi.

6. That movant will be admitted *pro hac vice* in the above-captioned case as associate counsel and W. Howard Gunn will be local counsel. W. Howard Gunn is a member of the Mississippi Bar and has been formally admitted to practice in the United States District Court for the Northern District of Mississippi.

7. That movant is paying a fee of $100.00 to the clerk of court for applying for admission to appear *pro hac vice*.

Therefore, movant respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the Northern District of Mississippi.

Respectfully submitted,

VICKERY & WALDNER, LLP

*[signature]*

Paul F. Waldner
Texas Bar No. 20679800
One Riverway Plaza, Suite 1150
Houston, TX 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: paul@justiceseekers.com
Email: rick@justiceseekers.com

Of Counsel:
W. Howard Gunn
Mississippi State Bar No.: 5073
310 South Hickory Street
P.O. Box 157
Aberdeen, Mississippi 39730
Telephone: (662) 369-8533

This is to certify that Paul F. Waldner appeared before me the undersigned authority and executed this document on this 10th day of April, 2007.

*[signature]*
Gwen B. Stevens

GWEN B. STEVENS
MY COMMISSION EXPIRES
May 30, 2009

-2-

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**PAUL F. WALDNER III**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 9th day of May, 1975.

I further certify that the records of this office show that, as of this date

**PAUL F. WALDNER III**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 20th day of March, 2007.

BLAKE HAWTHORNE, Clerk

by *Andrea King*
Andrea King, Deputy Clerk

No. 0019

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.