UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

FRANCES ROBERTSON and                    *
TIM ROBERTSON
                                         *
            Plaintiffs                       Case No.: 2:07CV027-M-A
                                         *
v.                                           JURY TRIAL DEMANDED
                                         *
MERCK & CO., INC.
                                         *
            Defendant
                                         *
*    *    *    *    *    *    *    *    *    *    *    *

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, Merck & Co., Inc. ("Merck") files this Corporate Disclosure Statement and respectfully shows the Court as follows:

Merck certifies that it has no parent corporation and is unaware of any individual or entity that owns ten percent (10%) or more of its common stock.

DATED this the 13th day of April, 2007.


                        Respectfully submitted,


                        s/ Alyson B. Jones
                        CHRISTY D. JONES, (MS #3192)
                        ALYSON JONES (MS #101456)

                        ATTORNEYS FOR
                        DEFENDANT MERCK & CO., INC.

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
Post Office Box 22567
Jackson, Mississippi 39225-2567
Telephone: (601) 948-5711
Facsimile: (601) 985-4500

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to the following ECF participants:

W. Howard Gunn, Esq.
310 South Hickory Street
P.O. Box 157
Aberdeen, Mississippi 39730

Paul Waldner, Esq.
Richard W. Ewing, Esq.
Vickery & Waldner, LLP
One Riverway Drive, Suite 1150
Houston, Texas 77056-1920

**ATTORNEY FOR THE PLAINTIFFS**

SO CERTIFIED this the 13th day April, 2007.

s/ Alyson B. Jones
ALYSON B. JONES

Jackson 2015313v.1

BA2/315306