IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

FRANCES ROBERTSON                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 2:07cv027-M-A

MERCK & CO., INC., ET AL.                                              DEFENDANTS

### ORDER

Before the court is the motion of plaintiffs to have attorney Paul F. Waldner III admitted to appear *pro hac vice* in the present action. Upon due consideration of this motion and review of the record in this cause, the court finds that the requirements of UNIF. LOC. R. 83.1(2) have been met, and the motion is well taken. However, admission *pro hac vice* shall be conditional upon counsel's completion of the process of registration to be served electronically with orders and notices from the court in accordance with FED. R. CIV. P. 5(b)(2)(D) and UNIF. LOC. R. 5.2(A). Attorneys may register electronically by accessing the Attorney Registration site at www.msnd.uscourts.gov/ecf or, alternatively, by printing, executing and mailing or hand-delivering to the Clerk of this Court the Attorney Registration Form attached as Form 1 to the *Administrative Procedures for Electronic Case Filing* in the United States District Court for the

Northern District of Mississippi. If counsel has not already completed the registration process, counsel shall do so on or before April 26, 2007.[1]

SO ORDERED, this the 11th day of April, 2007.

/s/ S. Allan Alexander
_____
S. ALLAN ALEXANDER
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel is also directed to UNIF. LOC. R. 83.1(B)(2) for the requirement that lead counsel be designated for any party represented by multiple attorneys.