SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frances Robertson, et al          Plaintiff,

                                                    6   cv  01789   (JFK)

         - against -

Merck & Co., Inc.                 Defendant.        **ORDER FOR ADMISSION**
                                                    **PRO HAC VICE**
                                                    **ON WRITTEN MOTION**

Upon the motion of Anthony C. Donofrio attorney for Frances Robertson, et al

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Paul F. Waldner, III |
| Firm Name: | Vickery Waldner & Mallia, LLP |
| Address: | One Riverway Drive, Suite 1150 |
| City/State/Zip: | Houston, Texas 77056 |
| Telephone/Fax: | (713) 526-1100 |
| Email Address: | paul@justiceseekers.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-3-08

is admitted to practice pro hac vice as counsel for Frances Robertson, et al in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 3, 2008
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY   FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006